IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| SHANGHAI MAODOUYA AUTOMOTIVE ELECTRONICS, LTD., | ) ) ) | |
| Plaintiff, | ) ) ) | 1:24-cv-2070 (LMB/WEF) |
| v. | ) ) | UNDER SEAL |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) | |
| Defendants. | ) ) | |

ORDER

For the reasons stated in open court, having considered Plaintiff's ex parte Motions for

Temporary Restraining Order [Dkt. No. 5], Asset Restraining Order [Dkt. No. 6], Expedited

Discovery Order [Dkt. No. 7], and Service of Process by Email [Dkt. No. 8], it is hereby

ORDERED that the Motions be and are GRANTED AS MODIFIED; accordingly, it is

ORDERED that Amazon.com shall freeze all accounts associated with Defendants

identified in Schedule A, which is attached to this order, and restrain and enjoin the

transfer of any monies held in such accounts until further ordered by this Court; and it is

further

ORDERED that Plaintiff may immediately serve limited discovery on Amazon.com

sufficient to discover (1) the amounts of any monies held by Amazon.com in association with

Defendants identified in Schedule A; (2) any name, email address, address, telephone number,

and bank account associated with such Amazon.com accounts; (3) the monetary amounts of each

of such accounts' sales of allegedly infringing products in the United States, and (4) the

monetary amounts of each of such accounts' sales of allegedly infringing products in Virginia; and it is further

ORDERED that Plaintiff may and immediately shall serve the Verified Complaint upon Defendants using the email addresses determined from said limited discovery; and it is further

ORDERED that any information disclosed to Plaintiff in response to discovery issued pursuant to this order may be used solely for the purpose of protecting Plaintiff's rights as set forth in the Verified Complaint; and it is further

ORDERED that a Preliminary Injunction hearing is SCHEDULED for Friday, December 6, 2024, at 10:00 a.m.[1]

The Clerk is directed to forward this Order to Plaintiff's counsel of record, who must immediately serve the Order on Defendants after receiving their email addresses from Amazon.com.

Entered this 22 day of November, 2024.

Alexandria, Virginia

/s/

Leonie M. Brinkema
United States District Judge

---

[1] Given the short time before the Preliminary Injunction hearing, no bond will be set at this time.