## SCHEDULE A TO VERIFIED COMPLAINT
## Group 1: Accused Products for U.S. Patent No. 11,999,280

| Def. No. | Amazon Seller Name | Amazon Seller ID No. | ASIN PRODUCT NUMBER |
|---|---|---|---|
| 1 | ANKEWAY | A8TQDTDDKLYA4 | B0CP96PT6G / B0CPXXKDVG |
| 2 | EVOOOR | A26U0Y9IXMOSX4 | B0CS95NZP3 / B0DCBZFN23 |
| 3 | Windu Store | A3VMTXOWNNIAX2 | B0CZJ26W3M |
| 4 | Sconfid Inc | A2TY78WARXP08O | B0CTR61BDJ |
| 5 | TAZENI Direct | AJT7DSEPSZXAC | B0D2Z6L9LD |
| 6 | TOPABYTE | ADWLLGDKSUIHK | B0DF35K1PF / B0DF33HTGT |
| 7 | Neurora | A3E5CYPXH3ND2E | B0D848YWDB |
| 8 | Teikuni | A1HZ53WN7CR70S | B0D3PZGV9F |
| 9 | Luckin Tree-US | A3MVNGT4EMJ0VK | B0D3XTL3DP |
| 10 | Uxcer | A11XNDXJMPP4I5 | B0DH2S5KP2 |
| 11 | SHD-official | A4H2ZVMN0AXEL | B0CXDR3F3B |
| 12 | Douxiw Official Store | A1AP8WDCL5OAUA | B0CQM2MQ5C |
| 13 | SENYI-US | A1NQPQGDX65GM5 | B0D2W7HTGX |
| 14 | DAWEM | A1WRKJU82JG5CW | B0CXWRMLPQ |
| 15 | expiro | A3SMM444HZQEB6 | B0CX44H5SF |
| 16 | Carvogue | A1KQKGIYXJ3154 | B0CYQWKB23 |
| 17 | PARTS4EV | A2FWE0PDY1HXDM | B0D1CBXFC5 B0CZL2CJW9 |
| 18 | NEWekey | A2NEEDGUHT7B23 | B0CNPGF1YM |
| 19 | hyx-officials | A29UOR8UWM1CX0 | B0D8SZYVK5 |
| 20 | BASENOR US | A2LMJ2R55J79AB | B0CL9GHFWD B0CW2HBSPT B0CTLPN76C B0CW3CBZCS |
| 21 | FDAIUN | AZN4817Y4FWQY | B0CGD72YFF |
| 22 | KUNGKICAuto | A187HL7Z9ENYOJ | B0C28BS1ZN |
| 23 | nbyuyang | A3QIVSQM770RBE | B0CGQWTLKV |
| 24 | AOZUNBOW | A2OHHWR6Y4SO8I | B0D478J64L |
| 25 | Amorn1993 | ADZRPE7CLQDE5 | B0D91YS1ND |
| 26 | Arcoche | A1ANIDHRDWT5RU | B0DF33WFC5 |

## Group 2: Accused Products for U.S. Patent No. 11,833,948

| Def. No. | Amazon Seller Name | Amazon Seller ID No. | ASIN PRODUCT NUMBER |
|---|---|---|---|
| 27 | Tparts | A2GLROAZA4JOBH | B0D925YZ8M / B0D9257QFV |
| 28 | slthe home | A13W2TBDE3DEHP | B0D1GLDGG9 |
| 29 | BestEvMod US | A2IB1J4HBP2C4M | B0D9B3PSGM |
| 30 | DIPMOTOR | A22ZGQFXCMUO5S | B0D8J5WL29 |
| 31 | Boundless Love | | B0D4LNJJPX |
| 32 | xueyuesanweikeji | A3PHV4GBEPO3P0 | B0D3HTTRPT B0D3LM5H8W |
| 33 | Aismio | | B0CTG43PD5 |