IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| SHANGHAI MAODOUYA AUTOMOTIVE ELECTRONICS, LTD.,<br><br>**Plaintiff,**<br><br>v.<br><br>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br><br>**Defendants.** | Civil Action No. 1:24-CV-2070-LMB/WBP |

NOTICE OF VOLUNTARY DISMISSAL
UNDER FRCP 41

Plaintiff hereby voluntarily dismisses the above action against the Schedule A Defendant No. 28, slthe home, without prejudice, pursuant to Rule 41(a)(1)(a)(i) of the Federal Rules of Civil Procedure. Plaintiff requests the Court to order Amazon.com to reinstate Seller Account No. A13W2TBDE3DEHP and product number B0D1GLDGG9. The Defendant has neither answered nor filed a motion for summary judgement.

March 7, 2025

Respectfully submitted,        __/s/__ Kendal M. Sheets

                                                     Kendal Sheets (VSB No. 44537)
                                                   ksheets@dnlzito.com
                                                   Tel: 703-489-8937
                                                   Joseph J. Zito (*pro hac vice*)
                                                   jzito@dnlzito.com
                                                   Tel. (202) 466-3500
                                                   DNL ZITO CASTELLANO PLLC
                                                   1250 Connecticut Avenue, NW, Suite 700
                                                   Washington, DC 20036
                                                   Fax: (703) 997-7534
                                                   *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2025, I filed with the Clerk of the Court the foregoing Notice of Voluntary Dismissal using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

    /s/  Kendal M. Sheets
By:  Kendal Sheets
(VSB No. 44537)