**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| **SHANGHAI MAODOUYA AUTOMOTIVE ELECTRONICS, LTD.,**<br><br>　　　　　**Plaintiff,**<br><br>**v.**<br><br>**THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,**<br><br>　　　　　**Defendants.** | **Civil Action No. 1:24-CV-2070-LMB/WBP** |

**NOTICE OF VOLUNTARY DISMISSAL
UNDER FRCP 41**

Plaintiff hereby voluntarily dismisses the above action against the following Schedule A Defendants:  No. 18 NEWekey A13W2TBDE3DEHP with product number B0CNPGF1YM, No. 23 nbyuyang A3QIVSQM770RBE with product number B0CGQWTLKV, and No. 32 xueyuesanweikeji A3PHV4GBEPO3P0 with product numbers B0D3HTTRPT and B0D3LM5H8W without prejudice, pursuant to Rule 41(a)(1)(a)(i) of the Federal Rules of Civil Procedure. Plaintiff requests the Court to order Amazon.com to reinstate Seller Accounts and product numbers for these defendants. The Defendants have neither answered nor filed a motion for summary judgement.

March 7, 2025

Respectfully submitted,                    __/s/__ Kendal M. Sheets

Kendal Sheets (VSB No. 44537)
ksheets@dnlzito.com
Tel: 703-489-8937
Joseph J. Zito (*pro hac vice*)
jzito@dnlzito.com
Tel. (202) 466-3500
DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW,Suite 700
Washington, DC 20036
Fax: (703) 997-7534
*Attorneys for Plaintiff*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 7, 2025, I filed with the Clerk of the Court the foregoing

Notice of Voluntary Dismissal using the CM/ECF system, which will send a notice of electronic

filing to all counsel of record.


<u>  /s/  Kendal M. Sheets</u>
By:  Kendal Sheets
(VSB No. 44537)